NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNIMAVEN, INC., <br><br> Plaintiff, <br><br> v. <br><br> TEXAS TR, LLC and SCHMAYA MARINOVSKY, <br><br> Defendants. | No. 17-12008 (SDW)(LDW) <br><br><br> **ORDER** <br><br><br> May 15, 2018 |

**WIGENTON**, District Judge.

Before this Court is the Report and Recommendation ("R&R") entered on April 25, 2018 by Magistrate Judge Leda D. Wettre ("Judge Wettre"), recommending that defendants' motion to dismiss for lack of personal jurisdiction be denied, and that defendants' motion to dismiss Count III of the Complaint be granted. Neither Plaintiff nor Defendants filed an objection to the R&R.

This Court has reviewed the reasons set forth by Judge Wettre in the R&R and the other documents in this matter. Based on the foregoing, and for good cause shown, it is hereby

**ORDERED** that the R&R of Judge Wettre (ECF No. 8) is **ADOPTED** as the conclusions of law of this Court.

**SO ORDERED**.

                                                     s/ *Susan D. Wigenton* <br>
                                                     **SUSAN D. WIGENTON** <br>
                                                     **UNITED STATES DISTRICT JUDGE**

Orig: Clerk
cc: Parties
       Magistrate Judge Wettre