## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNIMAVEN, INC., <br><br> Plaintiff, <br><br> v. <br><br> TEXAS TR, LLC, *et al.*, <br><br> Defendants. | Civil Action No. <br><br> 17-12008 (SDW) (LDW) <br><br> **ORDER TO SHOW CAUSE** |

**THIS MATTER** having come before the Court by way of defendant Texas TR, LLC's failure to obtain counsel, and

**WHEREAS** the Order of this Court filed January 2, 2020 (ECF No. 77) granted the motion of Becker & Poliakoff, LLP, attorney for defendant Texas TR, LLC, to withdraw as counsel; and

**WHEREAS** the same Order directed defendant Texas TR to have substitute counsel enter an appearance on its behalf by January 20, 2020; and

**WHEREAS** there is no indication that Texas TR has complied with the Court's directive to obtain counsel; and

**WHEREAS** a corporation may appear in the federal courts only through licensed counsel, *see Dougherty v. Snyder*, 469 F. App'x 71, 72 (3d Cir. 2012) (per curiam), *Hoxworth v. Blinder, Robinson & Co., Inc.*, 980 F.2d 912, 918 (3d Cir. 1992), *see also Rowland v. Cal. Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 201-02 (1993);

**IT IS, on this 10th day of February, 2020,**

**ORDERED** that Texas TR, LLC shall show cause on or before **February 24, 2020** why its answer and counterclaims should not be stricken; and it is further

**ORDERED** that the Clerk of Court shall send a copy of this Order by certified and regular mail to defendant Texas TR, LLC's last known address.

_/s/ Leda D. Wettre_
Hon. Leda Dunn Wettre
United States Magistrate Judge