**NOT FOR PUBLICATION**

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNIMAVEN, INC., <br><br>            Plaintiff, <br><br> v. <br><br> TEXAS TR, LLC and SAM MARINO, <br><br>            Defendants. | Civil Action No. 17-12008 (SDW) (LDW) <br><br><br> **ORDER** <br><br><br> May 18, 2020 |

**WIGENTON**, District Judge.

Before this Court is Magistrate Judge Leda D. Wettre's ("Judge Wettre") Report and Recommendation ("R&R"), dated March 18, 2020, which recommends that Defendant Texas TR, LLC's Answer and Counterclaims be stricken for failure to appear by counsel as required by law. No objections to the R&R were filed.

This Court has reviewed the reasons set forth by Judge Wettre in the R&R and the other documents in this matter. Based on the foregoing, and for good cause shown, it is hereby

**ORDERED** that the R&R of Judge Wettre (D.E. 84) is **ADOPTED** as the conclusions of law of this Court.

**SO ORDERED**.

                                          /s/ Susan D. Wigenton         
                                        **SUSAN D. WIGENTON, U.S.D.J.**

Orig:  Clerk
cc:    Parties
       Magistrate Judge Wettre