# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNIMAVEN, INC.** | Case No. 2:17-cv-12008-SDW-LDW |
| **Plaintiff,** | Civil Action |
| vs. | |
| **TEXAS TR, ET AL.,** | |
| **Defendant.** | |

## NOTICE OF MOTION TO AMEND AND SUPPLEMENT THE COMPLAINT

**PLEASE TAKE NOTICE** that on August 15, 2022, at 9:30 AM or as soon thereafter as counsel may be heard, the undersigned attorneys for Plaintiff Unimaven, Inc. shall move before the New Jersey District Court to Amend and Supplement the Complaint.

Dated: July 20, 2022

                                                                               s/David Rubenstein

                                                                               David Rubenstein
                                                                               Rubenstein Business Law
                                                                               100 Horizon Center Boulevard
                                                                               Hamilton, NJ 08691
                                                                               Ph: (609) 528-5673
                                                                               Fax: (609) 528-5601

## **CERTIFICATION OF SERVICE**

I hereby certify that on July 20, 2022, I served a copy of the within Notice of Motion, Brief and Certification of David Rubenstein on the following persons:

Sarah Klein, Esq.
Becker & Poliakoff
45 Broadway, 8th Floor
New York, NY 10006

Efraim Mandel
10700 Fondren Rd Apt 1001, Houston, TX, 77096

Kenneth Levy
1530 Oliver Street
Midland, TX 79701

Wanda Levy
2111 Northrup Dr.
Midland, TX 79705

Dated: July 20, 2022

                                                 s/David Rubenstein

                                                 David Rubenstein
                                                 Rubenstein Business Law
                                                 100 Horizon Center Boulevard
                                                 Hamilton, NJ 08691
                                                 Ph: (609) 528-5673
                                                 Fax: (609) 528-5601